UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

IN RE:   JOSEPH-DELERME, GESSIE   )   CHAPTER 13
     Debtor                                                  )
                                          CASE: NO. 09-17761-FJB

**MOTION OF DEBTOR TO APPROVE AMENDMENT TO PROPOSED PLAN**

Gessie Delerme, Debtor, pursuant to Federal Bankruptcy Rule 1009, in the above-captioned case hereby amends Plan to add a statement of cause which is required by 11 U.S.C. sec. 1322 (d)(2) and the MLBR, Appendix 1, 13 - 4 ( c ) Said statement was omitted by inadvertence (see attached).

As reflected in the attached amendment, the Debtor seeks to add a statement of cause for her proposed plan. This amendment is filed after conclusion of 341 meeting but prior to confirmation of the proposed Plan.

**CERTIFICATE OF SERVICE**

I, Terrence L. Parker, attorney for the debtor, hereby certifies that a copy of the foregoing Motion to Approve and amendment to the plan of the Debtor has been this day served upon the Chapter 13 Trustee, Carolyn Bankowski, via ECF, to the Debtor at her mailing address of record, and all creditors on the following service list in the case by first class mail, postage prepaid or by electronic notice.

Dated: 12/4/09

/s/ Terrence L. Parker
Terrence L. Parker, Esq.
Attorney For Debtor
185 Alewife Brook Parkway
Suite 404
Cambridge, MA  02109
(617) 491-2265
BBO: # 555277
TParker612@aol.com

Gessie Joseph-Delerme
59 Thacher Street
Milton, MA  02186

Carolina Collegiate Fe
710 Pulaski St
Columbia, SC  29201

Chase Credit Card
P.O. Box 79152
Phoenix, AZ  19850-5298

Crd Prt Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240

CSNA
P.O. Box 15021
Wilimington, DE  19850

Emory L. Clark
Clark & Washington, PC
33000 North East Expressway
Atlanta, GA  30341

Gulf Cst Col
5690 Marquesas Cir
Sarasota, FL  34233

Habor One Credit Union
68 Legion Parkway
Brockton, MA  02301

Harbor One Credit Union
68 Legion Pkwy
Brockton, MA  02301

Henry Medical Center
1133 Eagles Landing Pkwy
Stockbridge, GA  30281

Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Jean Delerme
59 Thacher Street
Milton, MA  02186

Joel S. Hershman
John E. McCluskey, Esq.
932 Main Street
Brockton, MA  02301

Macys/Filenes
P.O. Box 183083
Columbus, OH  43218

Midland Cred
8875 Aero Dr
San Diego, CA  92123

National Grid-Ne
6390 Main St S-160
Williamville, NY  14221

Pcc
3451 Harry S Truman Blvd
Saint Charles, MO  63301

Rbs Citizens Na
Po Box 6180
Indianapolis, IN  46206

Rooms To Go
C/O Tide Water Credit
P.O. Box 13306
Chesapeake, VA  23325

Sallie Mae
1002 Arthur Dr
Lynn Haven, FL  32444

Wilshire Credit Corp
1776 Sw Madison St
Portland, OR 97205

Tufts Dental
1 Kneeland Street
Boston, MA 02111

Target
P.O. Box 9745
Minneapolis, MN 55440

Scana Energy Marketing
3340 Peachtree Rd Ne Ste
Atlanta, GA 30326

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re: JOSEPH-DELERME, Gessie    )        Chapter 13

　　　　　Debtor,　　　　　　　　　)        Case#: 09-17761-FJB

**AMENDMENT TO PLAN**

**Statement of Cause for a 60 month plan**

　　　Debtor is attempting to save her home from foreclosure. A 60 month plan is necessary to cure the anticipated allowed arrearage of the mortgage on her residence.